## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Wilson, John R

Printed:  5/13/08

Case Number:  05 B 04293
Judge:  Wedoff, Eugene R
Filed:  2/9/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Completed:  May 9, 2008
Confirmed:  March 24, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 28,800.00 |  |
| Secured: |  | 9,205.58 |
| Unsecured: |  | 15,388.95 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,774.00 |
| Trustee Fee: |  | 1,431.47 |
| Other Funds: |  | 0.00 |
| Totals: | 28,800.00 | 28,800.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Richard E Sexner | Administrative | 2,774.00 | 2,774.00 |
| 2. | City Of Chicago | Secured | 0.00 | 0.00 |
| 3. | HomeComings Financial Network | Secured | 9,205.58 | 9,205.58 |
| 4. | Numark Credit Union | Unsecured | 265.48 | 1,951.91 |
| 5. | Peoples Energy Corp | Unsecured | 56.59 | 0.00 |
| 6. | Nuvell Financial Services | Unsecured | 1,827.56 | 13,437.04 |
| 7. | Comcast | Unsecured |  | No Claim Filed |
| 8. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 9. | Pay Day Loans | Unsecured |  | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 14,129.21 | $ 27,368.53 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 111.84 |
| 3% | 66.45 |
| 5.5% | 405.69 |
| 5% | 111.12 |
| 4.8% | 239.24 |
| 5.4% | 497.13 |
|  | _____ |
|  | $ 1,431.47 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Wilson, John R

Printed:  5/13/08

Case Number:  05 B 04293

Judge:  Wedoff, Eugene R

Filed:  2/9/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: